IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| TYRONE HATCHER and T. HATCHER TRUCKING, LLC, | ) ) ) |
| Plaintiffs, | ) ) |
| vs. | ) CIVIL ACTION NO. 14-0409-CG-C ) |
| PROGRESSIVE SPECIALTY INSURANCE COMPANY, et al., | ) ) ) ) |
| Defendants. | ) |

**ORDER**

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and de novo determination of those portions of the Report and Recommendation to which objection is made, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) and dated November 21, 2014, is adopted as the opinion of this Court. Accordingly, the Motion to Remand (Doc. 14) is hereby **GRANTED**, and this case is **REMANDED** to the Circuit Court of Dallas, County, Alabama, from whence it came.

**DONE and ORDERED** this 8th day of December, 2014.

/s/ Callie V. S. Granade
UNITED STATES DISTRICT JUDGE